UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WSTERN DIVISION

| | |
|---|---|
| ANTHONY JOSEPH MILLER, | ) Case No. 2:24-cv-11151-RGK-JDE |
| Plaintiff, | ) |
| v. | ) ORDER ACCEPTING FINDINGS |
| | ) AND RECOMMENDATION OF |
| MENTAL HEALTH DR. | ) UNITED STATES MAGISTRATE |
| HIGHLAND, et al., | ) JUDGE |
| Defendants. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Report and Recommendation of the magistrate judge issued on February 18, 2025 (Dkt. 7, "Report").

No party filed timely objections to the Report or timely sought additional time in which to do so. The Report is approved and accepted.

Therefore, IT IS HEREBY ORDERED that Judgment shall be entered dismissing this action with prejudice.

Dated: 3/27/2025

_____
R. GARY KLAUSNER
United States District Judge