JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY JOSEPH MILLER, | ) Case No. 2:24-cv-11151-RGK-JDE |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| MENTAL HEALTH DR. HIGHLAND, et al., | ) |
| Defendants. | ) |

    Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

    IT IS HEREBY ADJUDGED THAT this action is DISMISSED with prejudice.

Dated: 3/27/2025

_____
R. GARY KLAUSNER
United States District Judge